NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TASHIEK TERESSA HAWKINS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3013

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100663-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JAN 2 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Tashiek Teressa Hawkins
    Cameron Cohick, Esq.
    Stephanie Conley, Esq. (Copy Of Petitioner's Informal
        Brief Enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK